| STATE OF LOUISIANA | * | NO. 2023-K-0791 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| JOSEPH ZANETTI | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., DISSENTS WITH REASONS**

I respectfully dissent. From my review of the Attorney General's writ application, the defendant's opposition, and the transcript of the hearing on the motion to recuse, I find no abuse in the trial court's ruling granting defendant's motion to recuse the Attorney General's Office.